IN THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE COUNTY

RICHARD L. NEWSOME, JR., individually and  
RICHARD L. NEWSOME, JR. and  
ANGEL NEWSOME, as Husband and Wife  
4032 Cutty Sark Road  
Middle River, MD 21220

      Plaintiffs

v.

DOMINO'S PIZZA OF MD, INC.  
29 Cranbrook Road  
Cockeysville, MD 21030

SERVE ON:  
THE CORPORATION TRUST INC.  
32 South Street  
Baltimore, Maryland 21202

And

PANDITO U. RAYADI  
3336 Hollow Court  
Ellicott City, Maryland 21043

      Defendants

Case No.: C-09-13381

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Richard L. Newsome, Jr., individually, and Richard L. Newsome, Jr. and Angel Newsome as husband and wife, by their attorney, Dennis M. Andreone, Esquire sues Domino's Pizza of MD., Inc and Pandito U. Rayadi, Defendants, and states:

### COUNT ONE

1. That the Plaintiffs are residents of Baltimore County, Maryland.

2. That the Defendant, Domino's Pizza of MD, Inc., is a duly licensed Corporation doing business in Baltimore County, Maryland.

3. That the Defendant, Pandito U. Rayadi, is a resident of Howard County, Maryland.

4. That on November 9, 2007 at approximately 6:30p.m. the Plaintiff, Richard L. Newsome, Jr. was operating a motor vehicle in an eastbound direction on Warren Road nearing a bridge over the Loch Raven reservoir when the Defendant, Pandito U. Rayadi, as agent, servant and/or employee of the Defendant, Domino's Pizza of MD, Inc. who was traveling in a westbound direction on Warren Road suddenly and without warning came across the centerline and struck the Plaintiff's vehicle. Warren Road is a public highway in Baltimore County, Maryland.

5. The Defendant, Pandito U. Rayadi, as agent, servant and/or employee of the Defendant, Domino's Pizza of MD, Inc. was negligent in that he failed to keep his vehicle under control, failed to stay in his lane of travel, was traveling at a speed greater than reasonable and was, in other respects, negligent.

6. As a result of the negligence of the Defendant, Pandito U. Rayadi, as agent, servant and/or employee of the Defendant, Domino's Pizza of MD, Inc., the Plaintiff, Richard L. Newsome, Jr., has suffered and will continue to suffer serious, permanent and painful injuries about his head, body and limbs and to suffer severe physical injuries, economic loss, and emotional trauma.

WHEREFORE, Plaintiff, Richard L. Newsome, Jr., demands judgment against the Defendants, Pandito U. Rayadi and Domino's Pizza of MD, Inc. for compensatory damages in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00) with interest and costs.

## COUNT TWO

7. Plaintiffs, Richard L. Newsome, Jr. and Angel Newsome, his Wife, adopt by reference the allegations contained in paragraphs 1 through 6 of the Complaint with the same effect as if herein fully set forth.

8. Plaintiffs were husband and wife at the time of the occurrence referred to in this Complaint.

9. The negligent conduct of the Defendant, Pandito U. Rayadi as agent, servant and/or employee of Domino's Pizza of MD, Inc., more specifically described in Count I, caused injury to the marital relationship of the Plaintiffs, including loss of society, affection, assistance, companionship, and loss of sexual relations.

WHEREFORE, Plaintiffs demand judgment against the Defendants, Pandito U. Rayadi and Domino's Pizza of MD, Inc., in the amount of One Thousand Dollars ($100,000.00) in compensatory damages with interest and costs.

_/s/ Dennis M. Andreone_
DENNIS M. ANDREONE
29 W. Susquehanna Avenue, Ste. 500
Towson, Maryland 21204
410-321-5902
Attorney For Plaintiffs