Circuit Court for __Balto. County__                 03-C-09-013381 MT
                   City or County

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS:**
  Plaintiff: This information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.
  Defendant: You must file an Information Report as required by Rule 2-323(h).
  **THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE**

FORM FILED BY: [X] PLAINTIFF  [ ] DEFENDANT    CASE NUMBER _____ Clerk to insert

CASE NAME: __Newsome, et al__          vs.  __Domino's Pizza of MD, Inc, et al__
              Plaintiff                                        Defendant

JURY DEMAND: [X] Yes  [ ] No    Anticipated length of trial: ____ hours or __2-3__ days
RELATED CASE PENDING? [ ] Yes [X] No   If yes, Court and case #(s) if known: _____

Special Requirements?  [ ] Interpreter/communication impairment    Which language_____
(Attach Form 1-332 if Accommodation or Interpreter Needed)          Which dialect_____
                      [ ] ADA accommodation: _____

### NATURE OF ACTION (CHECK ONE BOX) | DAMAGES/RELIEF

| TORTS | LABOR | A. TORTS | |
|---|---|---|---|
| [X] Motor Tort | [ ] Workers' Comp. | **Actual Damages** | |
| [ ] Premises Liability | [ ] Wrongful Discharge | [ ] Under $7,500 | [X] Medical Bills |
| [ ] Assault & Battery | [ ] EEO | [ ] $7,500 - $50,000 | $ 141,000 |
| [ ] Product Liability | [ ] Other ____ | [ ] $50,000 - $100,000 | [ ] Property Damages |
| [ ] Professional Malpractice | **CONTRACTS** | [X] Over $100,000 | $ |
| [ ] Wrongful Death | [ ] Insurance | | [X] Wage Loss |
| [ ] Business & Commercial | [ ] Confessed Judgment | | $ 50,000 |
| [ ] Libel & Slander | [ ] Other | | |
| [ ] False Arrest/Imprisonment | **REAL PROPERTY** | **B. CONTRACTS** | **C. NONMONETARY** |
| [ ] Nuisance | [ ] Judicial Sale | [ ] Under $10,000 | [ ] Declaratory Judgment |
| [ ] Toxic Torts | [ ] Condemnation | [ ] $10,000 - $20,000 | [ ] Injunction |
| [ ] Fraud | [ ] Landlord Tenant | [ ] Over $20,000 | [ ] Other |
| [ ] Malicious Prosecution | [ ] Other ____ | | |
| [ ] Lead Paint | **OTHER** | | |
| [ ] Asbestos | [ ] Civil Rights | | |
| [ ] Other | [ ] Environmental | | |
| | [ ] ADA | | |
| | [ ] Other | | |

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION
Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
  A. Mediation   [ ] Yes [ ] No        C. Settlement Conference  [ ] Yes [ ] No
  B. Arbitration [ ] Yes [ ] No        D. Neutral Evaluation     [ ] Yes [ ] No

### TRACK REQUEST
With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL. THIS CASE WILL THEN BE TRACKED ACCORDINGLY.
  [ ] 1/2 day of trial or less        [X] 3 days of trial time
  [ ] 1 day of trial time             [ ] More than 3 days of trial time
  [X] 2 days of trial time

PLEASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR PRINCE GEORGE'S COUNTY.

Date __11/10/09__                    Signature _____

CC/DCM 002 (Rev. 3/2009)              Page 1 of 3

FILED  NOV 16 2009

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-205 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**
Trial within 7 months of Defendant's response

☐ **Standard**
Trial - 18 months of Defendant's response

☐ EMERGENCY RELIEF REQUESTED _____  _____
                                                    Signature                          Date

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR PRINCE GEORGE'S COUNTY PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Standard-Short | Trial seven months from Defendant's response. Includes tort with actual damages up to $7,500; contract claims up to $20,000; condemnations; injunctions and declaratory judgments. |
| ☐ | Standard-Medium | Trial 12 months from Defendant's response. Includes torts with actual damages over $7,500 and under $50,000, and contract claims over $20,000. |
| ☐ | Standard-Complex | Trial 18 months from Defendant's response. Includes complex cases requiring prolonged discovery with actual damages in excess of $50,000. |
| ☐ | Lead Paint | Fill in: Birthdate of youngest plaintiff_____ |
| ☐ | Asbestos | Events and deadlines set by individual judge. |
| ☐ | Protracted Cases | Complex cases designated by the Administrative Judge. |

### CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

To assist the Court in determining the appropriate Track for this case, check one of the boxes below. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.
☐ Liability is not conceded, but is not seriously in dispute.
☐ Liability is seriously in dispute.

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☒ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☒ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

CC/DCM 002 (Rev. 3/2009)                Page 2 of 3

**COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR)**

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO AN ASTAR RESOURCE JUDGE under Md. Rule 16-202. Please check the applicable box below and attach a duplicate copy of your complaint.*

☐ Expedited - Trial within 7 months of filing        ☐ Standard - Trial within 18 months of filing